**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 06-CR-0042-CVE |
| | ) |
| **GEORGE LESTER MORRIS,** | ) |
| | ) |
| **Defendant.** | ) |

## OPINION AND ORDER

Now before the Court is Defendant George Morris' *Ex Parte* Application for Services of Independent Investigator (Dkt. # 10), requesting Court authorization for the distribution of funds to employ the services of an independent investigator to locate and interview witnesses who defendant believes are necessary to his defense. By statute, the Court is permitted to authorize no more than $1,600 in compensation for investigative services, exclusive of reimbursement for expenses reasonably incurred. 18 U.S.C. § 3006A(e)(3). Upon finding that the requested services are necessary to an adequate representation and the defendant is financially unable to obtain them, the Court finds that the application should be and is hereby **granted.**

**IT IS THEREFORE ORDERED** that, pursuant to 18 U.S.C. § 3006A(e), defendant's application (Dkt. # 10) is **granted** insofar as it requests funding of up to $1,600 to employ the services of an independent investigator to locate and interview individuals to the end that these witnesses may be subpoenaed to testify. Defense counsel is directed to complete and submit immediately an Authorization and Voucher for Expert and Other Services, CJA Form 21.

**DATED** this 29th day of March, 2006.

CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT